UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:                                          Case No: 07-16254

JOHN EDWARD MILLER III                          Chapter 13
KORTNEY JANE MILLER

    Debtors
                                                     JUDGE AUG


DEBTORS' MOTION FOR VOLUNTARY DISMISSAL


Come now the Debtors and respectfully asks the Court to voluntarily dismiss this case.

See 11 U.S.C. Section 1307(b).

                                                   DECATUR & LEE


                                               /s/ *Joan C. Lee*
                                      Caitlin Decatur #0037762
                                      Joan C. Lee #0018075
                                      196 E. Main St. (P.O. Box 605)
                                      Batavia, Ohio 45103
                                      513-732-0442
                                      FAX 513-732-1628

                                           /s/ *John Edward Miller* III
                                      JOHN EDWARD MILLER III

                                           /s/ *Kortney Jane Miller*
                                      KORTNEY JANE MILLER

CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Motion for Voluntary Dismissal was served by electronic transmission or by ordinary U.S. Mail to the below listed parties on March 12, 2008.

                                                        /s/ *Joan C. Lee*
                                                        Joan C. Lee #0018075

Electronic transmission

Margaret A. Burks, Esq.
Chapter 13 Trustee
36 East 4th Street, Suite 900
Cincinnati OH 45202

U.S. Trustee
36 East 7th Street, Suite 2030
Cincinnati OH 45202

U.S. mail

John & Kortney Miller
4571 Eldywood Lane
Batavia OH 45103

(And all of the creditors on the appended list)

1st Nat'l Bank
POB 119
Lebanon OH 45036

ACE
342 Northland Blvd.
Cincinnati OH 45246

Advance America
451-C Ohio Pike
Cincinnati OH 45244

Advance U Cash
58 Carothers Rd.
Newport KY 41071

Ais Services
50 California St Suite 1500
San Francisco CA 94111

Allied Cash Advance
922 Highway 28 #D
Milford OH 45150

Allied Int
300 Corporate Exch
Columbus OH 43231

America's Pay Day Loans
1735 E. Ohio Pk.
Amelia OH 45102

American Accounts
3904 Cedarville Dr.
Saint Paul MN 55122

American Legion Post 72
497B Old State Route 74
Cincinnati OH 45244

Ameriloan
POB 111
Miami OK 74355

B&L Marketing
7473 W. Lakemead Blvd.
Las Vegas NV 89128

Beechmont Racquet Club
435 Ohio Pk
Cincinnati OH 45255

BIG
1005 Terminal Way #62
Reno NV 89502

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross GA 30091

Cash 2 U Leasing
8040 Reading Rd. #35
Cincinnati OH 45237

Cash Express
4111 Dixie Highway
Erlanger KY 41018

Cash Express
671 Ohio Pike #H
Cincinnati OH 45245

Cash Inn
1068 Reading Rd.
Mason OH 45040

Cashcall Inc
17360 Brookhurst Street
Fountain Valley CA 92708

Cashland
26 Triangle Pk
Cincinnati OH 45246

CashNet
POB 06230
Chicago IL 60606-0230

Certegy Payment Recovery
11601 Roosevelt Blvd
Saint Petersburg FL 33716

Check-n-Go
1091 W. Eads Pkwy
Lawrenceburg IN 47025

CheckSmart
9234 Colerain Ave.
Cincinnati OH 45251

CheckSmart
4064 Wilmington Pike
Dayton OH 45440

CheckSmart
3413 Dixie Hwy
Erlanger KY 41018

Classic FCU
39 Oak St.
Amelia OH 45102

Controlled Cr Corp
POB 6119307
Cincinnati OH 45205

Credit One
POB 60500
City Of Industry CA 91716-0500

Dialamerica
960 Macarthur
Mahwah NJ 07495

Dollar Fin Grp
POB 18072
Hauppauge NY 11788-8872

DRS
PO Box 498609
Cincinnati OH 45249

Express Payroll Advance
620 Vine St.
Cincinnati OH 45202

Fashion Bug
Po Box 84073
Columbus GA 31908

Fast Payday Loans
11173 Reading Rd.
Cincinnati OH 45241

Fdsb Macys
9111 Duke Blvd
Mason OH 45040

Fifth Third Bank
1850 East Paris
Mdropso5  C/O Bankruptcy Dept
Grand Rapids MI 49546

Financial Asset Mgmt I
Po Box 451409
Atlanta GA 31145

Firts National Bank of Marin/Credit One
585 Pilot Rd
Las Vegas NV 89119

GE Emergency Loan
POB 534156
Saint Petersburg FL 33747-4156

GE Money Bank
POB 960061
Orlando FL 32896

GE Payroll Center
Dept. 601, POB 402378
Atlanta GA 30384

Gecu Visa
10485 Reading Rd
Cincinnati OH 45241

GEMB / HH Gregg
Po Box 103106
Roswell GA 30076

General Electric Evend
10485 Reading Rd
Cincinnati OH 45241

Gilbert Hunter Shuman
105 N. Main St. #300
Saint Charles MO 63301

Glelsi/brazos Hgher Ed
2401 International Ln
Madison WI 53704

Glelsi/pnc Bank
Po Box 7860
Madison WI 53707

Glelsi/stdnt Ln Fndg F
Po Box 7860
Madison WI 53707

Global Accept Credit C
5850 W I-20
Arlington TX 76017

HSBC Nv/GM Card
Hsbc Card Srvs    Attn: Bankruptcy
Po Box 5213
Carol Stream IL 60197

Jc Penney
Ge Money/Attn: Bankruptcy Dept
4125 Windward Plaza, Building 300
Alpharetta GA 30005

Kemba CU
1045 W. 8th
Cincinnati OH 45203

Kentucky Check Exchange
471 E. Broad St. 12th fl c/o Cheek
Columbus OH 43215

Lowes / MBGA
Ge Consumer Finance
Po Box 103104
Roswell GA 30076

M Grau DMD
2752 Erie Ave. #4
Cincinnati OH 45208

Martel Mngt
5 E Long St Room 200
Columbus OH 43215

Medco Health Solutions
POB 30452
Tampa FL 33630

Mercy Hospital Clermont
P.O. Box 89465
Cleveland OH 44101-6465

Midland
POB 901795
Kansas City MO 64190

National Cash Advance
2758 Wilmington Pike
Dayton OH 45424

National City Bank
Total Loss Bankruptcy Consumer Loans - N
Po Box 94982
Cleveland OH 44101

Nca
P.o. Box 550 327 West Fourth St
Hutchinson KS 67504

Ohio Revenue Recovery Services
150 E. Gay  21st fl
Columbus OH 43215

OSI
POB 952
Brookfield WI 53008

PCB
POB 29917
Columbus OH 43229

Puzzlemania
POB 4002862
Des Moines IA 50340

Quick Cash
8063 Hamilton Ave.
Cincinnati OH 45231

Reconstructive Ortho
10615 Montgomery Rd. #200
Cincinnati OH 45242

Recsolutions
6625 Dixie Hwy Suite W
Fairfield OH 45014

RMCB
pob 1234
Elmsford NY 10523

Robert Glueck DDS
2752 Erie Ave. #10
Cincinnati OH 45208

Rossman & Co
Po Box 29917
Columbus OH 43229

Sharefax Credit Union
1147 Cincinnati Batavia
Batavia OH 45103

Sharefax Visa
105 E 4th St., #1100
Cincinnati OH 45202

Sharon Sorg LPCC
8000 Five Mile Rd. 240
Cincinnati OH 45230

Sprint
POB 600670
Jacksonville FL 32260-0670

Travelers Bk
335 Research Ct
Norcross GA 30092

TRS Recovery
POB 60012
City Of Industry CA 91716

Urgent Care
935 S R 28
Milford OH 45150

Weltman Weinberg
175 S 3rd St Ste 900
Col OH 43215

Westbury Ventures
73 Greentree Dr. #513
Dover DE 19904

WFNNB/Value City Furn
220 W. Schrock Rd.
Westerville OH 43081